UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Shanae Denise Potts<br><br>*Debtor* | Case no. 20-31053 HCD<br>Chapter 7 |
| Rebecca Hoyt Fischer, Trustee<br><br>*Plaintiff*<br><br>v.<br><br>AFS Acceptance, LLC<br><br>*Defendant* | Adv. Proc. no. 20-3030 |

**Order Approving Agreed Judgment**

At South Bend, Indiana, on November 17, 2020.

Plaintiff Chapter 7 trustee Rebecca Hoyt Fischer has filed a Motion to Enter Agreed Judgment [ECF Doc 15]. Having reviewed the motion, the court finds it is proper. The court GRANTS the motion. The court now approves the Agreed Judgment attached to this Order.

SO ORDERED.

_____
Harry C. Dees, Jr.
United States Bankruptcy Judge

Attachment: Agreed Judgment

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-31053 |
| SHANAE DENISE POTTS | ) | S.S.# xxx-xx-3642 |
| Debtor. | ) | Chapter 7 Bankruptcy |
| | ) | |
| REBECCA HOYT FISCHER, TRUSTEE | ) | ADVER. PROC. NO. 20-03030 |
| Plaintiff, | ) | |
| vs. | ) | |
| AFS ACCEPTANCE, LLC | ) | |
| Defendants. | ) | |

## AGREED JUDGMENT

A default judgment having been entered herein by the court on October 15, 2020, and the parties having agreed to set aside that judgment and instead request that the court enter an agreed judgment, and the court being duly advised:

IT IS HEREBY ORDERED that the Judgment entered by the court on October 15, 2020 is hereby set aside.

IT IS HEREBY ORDERED that the recording of AFS Acceptance, LLC's lien on a 2018 Hyundai Santa Fe Sport vehicle having VIN#5NMZT3LB7JH077852 (the "Vehicle") was a voidable preference under 11 U.S.C. §547. Said lien is hereby set aside and ordered null and void. AFS Acceptance LLC ("AFS") is therefore an unsecured creditor.

IT IS FURTHER ORDERED that the value of the avoided lien on the Vehicle shall be preserved for the benefit of the bankruptcy estate pursuant to Section 551.

IT IS FURTHER ORDERED that AFS shall release the lien on the title and forward the title to the Trustee within 15 days after the entry of this Judgment.

IT IS FURTHER ORDERED that the Indiana Bureau of Motor Vehicles is hereby ordered to issue to the Trustee a replacement Certificate of Title for the Vehicle with the lien of AFS removed, in the event that the original title is not received by the Trustee from AFS within 15 days after the entry of this Judgment.

Dated:

AFS Acceptance, LLC

By: Scott Richards 15871-49
Its: Attorney

Scott R. Richards
8465 Keystone Crossing
Suite 212
Indianapolis, IN 46240

Rebecca Hoyt Fischer, Trustee
LADERER & FISCHER, P.C.
525 E. Colfax Ave., Unit #101
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356